MICHAEL R. LOZEAU (CA SBN 142893)
*michael@lozeaudrury.com*
RICHARD DRURY (CA SBN 163559)
*doug@lozeaudrury.com*
DOUGLAS J. CHERMAK (CA SBN 233382)
**LOZEAU DRURY LLP**
1516 Oak Street, Suite 216
Alameda, CA 94501
Telephone: (510) 749-9102

ANDREW L. PACKARD (CA SBN 168690)
*andrew@packardlawoffices.com*
**LAW OFFICES OF ANDREW L. PACKARD**
319 Pleasant Street
Petaluma, CA 94952
Telephone: (707) 763-7227

Attorneys for Plaintiffs
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE AND NORTHERN CALIFORNIA
RIVER WATCH


CHRISTOPHER J. CARR (CA SBN 184076)
*CCarr@mofo.com*
SHAYE DIVELEY (CA SBN 215602)
*SDiveley@mofo.com*
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Defendant
SYAR INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation; NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> SYAR INDUSTRIES, INC., a corporation, <br><br> Defendant. | Case No.   09-CV-02745-GEB-EFB <br><br> **NOTICE OF SETTLEMENT [L.R. 16-160] AND [PROPOSED] ORDER TO EXTEND STATUS CONFERENCE** |

NOTICE OF SETTLEMENT AND [PROPOSED] ORDER

Case No. 09-CV-02745-GEB-EFB

1     PLEASE TAKE NOTICE pursuant to Local Rule 16-160(a) that the parties have reached a settlement resolving all claims in this action. A copy of that signed settlement agreement is attached hereto as Exhibit 1. The settlement is contingent upon the expiration of the federal agency 45-day review period.[1]

    PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)). Such notice was mailed to the agencies on March 17, 2010. The regulatory agencies' review period will end by approximately May 10, 2010 (allowing forty-five days for agency review and approximately nine days for mailing time). If any of the reviewing agencies object to the proposed agreement, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns.

    Local Rule 16-160(b) requires the parties to file a stipulation for dismissal with the Court within 20 days of this notice, "absent good cause." Given the statutorily mandated 45-day review period, the parties submit that good cause exists to set May 10, 2010, as the date by which a Stipulation for Approval of Settlement Agreement and Dismissal of Plaintiff's Claims or a Notice that the settlement is null and void, must be filed. Thus, the parties jointly request the status conference, currently set for April 12, 2010, be rescheduled to May 24, 2010.

///
///
///
///

---

[1] Title 33 of the United States Code, Section 1365(c) provides that "[n]o consent judgment shall entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

| | | |
|---|---|---|
| 1 | Dated: March 17, 2010 | MICHAEL R. LOZEAU |
| 2 | | RICHARD DRURY |
| | | DOUGLAS J. CHERMAK |
| 3 | | LOZEAU DRURY LLP |
| 4 | | ANDREW L. PACKARD |
| | | LAW OFFICES OF ANDREW L. PACKARD |
| 5 | | |
| 6 | | By: *Douglas J. Chermak* |
| | | Douglas J. Chermak |
| 7 | | |
| | | Attorneys for Plaintiffs |
| 8 | | CALIFORNIA SPORTFISHING |
| | | PROTECTION ALLIANCE AND |
| 9 | | NORTHERN CALIFORNIA RIVER |
| | | WATCH |
| 10 | | |
| 11 | Dated: March 17, 2010 | CHRISTOPHER J. CARR |
| | | SHAYE DIVELEY |
| 12 | | MORRISON & FOERSTER LLP |
| 14 | | By: *Christopher J. Carr* (auth. on 3/17/10) |
| | | Christopher J. Carr |
| 15 | | |
| 16 | | Attorneys for Defendant |
| | | SYAR INDUSTRIES, INC. |

NOTICE OF SETTLEMENT AND [PROPOSED] ORDER

2

Case No. 09-CV-02745-GEB-EFB

# ORDER

Pursuant to notice of settlement and for good cause shown:

**IT IS HEREBY ORDERED** that the status conference scheduled for April 12, 2010, is continued to **May 24, 2010, at 9:00 A.M.**, and

**IT IS FURTHER ORDERED** that the deadline for submission of the Parties' Joint Status Report is continued to **May 10, 2010.**

**IT IS SO ORDERED.**

3/18/10

GARLAND E. BURRELL, JR.
United States District Judge