| | |
|---|---|
| 1 | MICHAEL R. LOZEAU (CA SBN 142893) |
| 2 | *michael@lozeaudrury.com* |
|   | RICHARD DRURY (CA SBN 163559) |
| 3 | *doug@lozeaudrury.com* |
|   | DOUGLAS J. CHERMAK (CA SBN 233382) |
| 4 | **LOZEAU DRURY LLP** |
|   | 1516 Oak Street, Suite 216 |
| 5 | Alameda, CA 94501 |
|   | Telephone: (510) 749-9102 |

MICHAEL R. LOZEAU (CA SBN 142893)
*michael@lozeaudrury.com*
RICHARD DRURY (CA SBN 163559)
*doug@lozeaudrury.com*
DOUGLAS J. CHERMAK (CA SBN 233382)
**LOZEAU DRURY LLP**
1516 Oak Street, Suite 216
Alameda, CA 94501
Telephone: (510) 749-9102

ANDREW L. PACKARD (CA SBN 168690)
*andrew@packardlawoffices.com*
**LAW OFFICES OF ANDREW L. PACKARD**
319 Pleasant Street
Petaluma, CA 94952
Telephone: (707) 763-7227

Attorneys for Plaintiffs
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE AND NORTHERN CALIFORNIA
RIVER WATCH

CHRISTOPHER J. CARR (CA SBN 184076)
*CCarr@mofo.com*
SHAYE DIVELEY (CA SBN 215602)
*SDiveley@mofo.com*
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Defendant
SYAR INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation; NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SYAR INDUSTRIES, INC., a corporation,<br><br>Defendant. | Case No. 2:09-CV-02745-GEB-EFB<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS; [PROPOSED] ORDER GRANTING DISMISSAL**<br>**[FRCP 41(a)(2)]** |

WHEREAS, on May 1, 2009, Plaintiffs California Sportfishing Protection Alliance and Northern California River Watch (collectively "CSPA") provided Defendant Syar Industries, Inc. ("Syar") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on October 1, 2009, CSPA filed its Complaint against Syar in this Court, *California Sportfishing Protection Alliance v. Syar Industries, Inc.,* Case No. 2:09-cv-02745-GEB-EFB.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and Syar, through their authorized representatives and without either adjudication of CSPA's claims or admission by Syar of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement"), without the attached exhibits, entered into by and between CSPA and Syar is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed. The parties respectfully request an order from this Court dismissing such claims.  In accordance with Paragraph 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through December 1, 2012, for the sole purpose of resolving any ///

///

///

disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: April 21, 2010

MICHAEL R. LOZEAU
RICHARD DRURY
DOUGLAS J. CHERMAK
LOZEAU DRURY LLP

ANDREW L. PACKARD
LAW OFFICES OF ANDREW L. PACKARD

By: *Douglas J. Chermak*
    Douglas J. Chermak

Attorneys for Plaintiffs
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE AND NORTHERN CALIFORNIA RIVER WATCH

Dated: April 21, 2010

CHRISTOPHER J. CARR
SHAYE DIVELEY
MORRISON & FOERSTER LLP

By: *Christopher J. Carr*
    Christopher J. Carr
    (signature authorized on 4/21/10)
Attorneys for Defendant
SYAR INDUSTRIES, INC.

# ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiffs California Sportfishing Protection Alliance and Northern California River Watch's claims against Defendant Syar Industries, Inc., as set forth in the Notice and Complaint filed in Case No. 2:09-cv-02745-GEB-EFB, are hereby dismissed.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 1, 2012 for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 5, 2010

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge