Michael R. Lozeau, State Bar No. 142893
  michael@lozeaudrury.com
Richard T. Drury State Bar No. 163559
  richard@lozeaudrury.com
Douglas J. Chermak, State Bar No. 233382
  doug@lozeaudrury.com
LOZEAU DRURY LLP
410 12th St, Suite 250
Oakland, CA 94607
Tel:  (510) 836-4200
Fax: (510) 836-4205 (fax)

Attorneys for Plaintiffs
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE and NORTHERN CALIFORNIA
RIVER WATCH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation; NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SYAR INDUSTRIES, INC, a corporation,<br><br>Defendant. | Case No. 2:09-cv-02745-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND DISMISSAL ORDER** |

WHEREAS, on May 1, 2009, Plaintiffs California Sportfishing Protection Alliance and Northern California River Watch (collectively "CSPA") provided Defendants Syar Industries, Inc. ("Syar") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365;

WHEREAS, on October 1, 2009, CSPA filed its Complaint against Syar in this Court, *California Sportfishing Protection Alliance et al. v. Syar Industries, Inc., et al.,* Case No. 2:09-cv-02745-GEB-EFB.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice;

WHEREAS, CSPA and Syar, through their authorized representatives and without either adjudication of CSPA's claims or admission by Syar of any alleged violation or other wrongdoing,

chose to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement"), without the attached exhibits, entered into by and between CSPA and Syar is filed in ECF #9.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

WHEREAS, on May 5, 2010, the Court entered an order to dismiss the claims against Syar and to retain jurisdiction over the parties through December 1, 2012, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provisions of the Settlement Agreement;

WHEREAS, on or about October 11, 2012, the parties signed an Amendment to the Settlement Agreement ("Amendment") to include a process whereby Syar will evaluate the efficacy and feasibility of implementing additional pollution controls at the facility that was the subject of the Complaint, as described in the Amendment attached hereto as Exhibit 2;

WHEREAS, the parties submitted the Amendment via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Amendment;

WHEREAS, the parties wish to apprise the Court of the Amendment to the Settlement Agreement;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that the Court shall continue to retain jurisdiction over the parties through December 4, 2014 for the sole purpose of resolving any disputes between them with respect to enforcement of any provisions of the Settlement Agreement and the Amendment thereto.

Dated: November 20, 2012

                                          Respectfully submitted,

                                          LOZEAU DRURY LLP

                                          By:  _/s/ *Douglas J. Chermak*_____
                                                   Douglas J. Chermak
                                                   Attorneys for Plaintiffs

                                          MORRISON & FOERSTER LLP

                                          By:  _/s/ *Christopher J. Carr*_____
                                                   (as authorized on November 20, 2012)
                                                   Christopher J. Carr
                                                   Attorneys for Defendant


PURSUANT TO STIPULATION, IT IS SO ORDERED.

**Date:  11/20/2012**

                                          _____
                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge